UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

PARID GJOKA,

        Defendant.

- - - - - - - - - - - - - - - - x

**NOTICE OF
INTENT TO FILE
AN INFORMATION**

08 Cr.

**08 CRIM 811**

[Stamp: JUDGE CHIN]

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           August 25, 2008

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED 8/25/08]

                MICHAEL J. GARCIA
                United States Attorney

        By: _____
                Avi Weitzman
                Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
    Glenn A. Garber, Esq.
    Attorney for Parid Gjoka