UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,         :     INFORMATION

        - v. -                    :     08 Cr. __ (DC)

PARID GJOKA,                            **08 CRIM 811**

            Defendant.            :

- - - - - - - - - - - - - - - - - -x

### COUNT ONE

The United States Attorney charges:

1. From at least in or about 2004, up to and including in or about late 2005, in the Southern District of New York and elsewhere, PARID GJOKA, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that PARID GJOKA, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 100 kilograms and more of mixtures and substances containing a detectable amount of marijuana, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(B).

(Title 21, United States Code, Section 846.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 27 2008

**COUNT TWO**

The United States Attorney further charges:

3. In or about 2005, in the Southern District of New York, PARID GJOKA, the defendant, unlawfully, willfully, and knowingly, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the offense charged in Count One of this Complaint, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, to wit, GJOKA possessed firearms during the course of and in furtherance of the narcotics conspiracy charged in Count One of this Complaint.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

**FORFEITURE ALLEGATION**

4. As a result of committing the controlled substance offense alleged in Count One of this Information, PARID GJOKA, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information, including but not limited to a sum in United States currency representing the amount of all proceeds obtained as a result of the controlled substance offense alleged in Count

2

One of the Information.

<u>Substitute Asset Provision</u>

5. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant --

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)

*[signature: Michael J. Garcia]*
MICHAEL J. GARCIA
United States Attorney